IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESSEX COUNTY, VIRGINIA,<br>a political subdivision of the<br>Commonwealth of Virginia, | )<br>)<br>)<br>) | **ECF** |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| ALBERTO R. GONZALES,<br>Attorney General of the<br>United States of America,<br>WAN J. KIM,<br>Assistant Attorney General,<br>Civil Rights Division, United States<br>Department of Justice, Washington, DC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06 1631 |
| Defendants. | )<br>) | |

## ORDER

Plaintiff has moved, pursuant to 28 U.S.C. §2284 and 42 U.S.C. §1973b, that a three-judge court be convened to hear and determine this action for a declaratory judgment under Section 4 of the Voting Rights Act [#2]. According to the motion, the defendants do not oppose the convening of a three-judge court. It appearing that the motion is well taken, it is this 26 day of September, 2006:

**ORDERED** that plaintiff's motion [#2] is **granted**. And it is further

**ORDERED** that the Clerk of this Court shall transmit a copy of this Order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. § 2284(b)(1), so that a three-judge court may be convened.

_____
UNITED STATES DISTRICT JUDGE