# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 424
September Term, 2006
06cv1631

United States Court of Appeals
For the District of Columbia Circuit

**FILED** OCT 0 2 2006

Essex County, Virginia,

    Plaintiff,

v.

Alberto Gonzales, et al.

    Defendants.

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

The Honorable Reggie B. Walton, United States District Judge, having notified me of his conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

**ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Merrick B. Garland, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Ricardo M. Urbina, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Reggie B. Walton, United States District Judge, as members of the court to hear and determine this case. Judge Garland will preside.

Douglas H. Ginsburg
Chief Judge

Date: October 2, 2006