IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX COUNTY, VIRGINIA, | ) |
|     Plaintiff, | ) |
| v. | ) |
| ALBERTO R. GONZALES, Attorney General of the United States of America, WAN J. KIM, Assistant Attorney General, Civil Rights Division, United States Department of Justice, Washington, DC, | ) C.A. No. 1:06-cv-1631 <br> ) <br> ) Three-judge court <br> ) (RBW, MBG, RMU) |
|     Defendants. | ) |

## DECLARATION OF JOHN CRUMP

Pursuant to 28 U.S.C. §1746, I, John Crump, declare that:

1. My name is John Crump and I reside in Essex County, Virginia. I am the Secretary of the Essex County Electoral Board.
2. Essex County first publicized its intention to seek a bailout in April 2006. At that time, the County published a notice in our local paper that it intended to seek a bailout under the Voting Rights Act. The notice also announced that the County would hold a public hearing on the subject on May 18, 2006. That notice was published in the Rappahannock Times, a weekly newspaper of general circulation in the County, on April 19, April 26, and May 3, 2006. In addition, the notice was posted in all eight post offices in the county, at the county courthouse in Tappahannock, at the county library, and at the office of the registrar of voters.
3. The public hearing on bailout was held as advertised on May 18 at 7:00 pm. Two members of the Electoral Board, the county's general registrar and the assistant registrar of voters were present to present information and answer questions. However, no member of the general public appeared at the hearing.
4. In early Fall 2006, Essex County filed its bailout action for this case. Thereafter, after receiving notification from the Justice Department attorneys that the Department would consent to the bailout, our legal counsel and Department attorneys jointly filed a proposed settlement of the bailout suit which would grant the County its requested bailout.
5. Essex County has not yet publicized the proposed settlement of the bailout action, but is in the process of doing so now. First, I have made arrangements for the County to publish a notice of the proposed settlement in the only local paper of

general circulation, the Rappahannock Times. The notice, a copy of which is attached as Exhibit A, will be published on December 27, 2006, and on January 3 and January 10, 2007. In addition, I have also made arrangements with the Rappahannock Times newspaper to have the entire proposed settlement document published in the local paper, along with the notice itself.

6. On December 19, 2006 the county's assistant registrar and I posted the notice <u>and</u> the settlement document at all eight post offices in the County, as well as at the courthouse, the county library and the registrar's office. In addition, the notice posted, and that to be published in the Rappahannock Times, also provide members of the general public with a website address from which they can download the proposed settlement document electronically.
7. Any person contacting Essex County regarding the proposed settlement will be advised of their right to intervene in the bailout lawsuit.
8. In addition, as required by this Court's December 15 order, plaintiff Essex County will file with this Court a Report to the Court by February 1, 2007, detailing all steps that the County has taken to fulfill the notice of proposed settlement requirement under the Voting Rights Act.

I declare under penalty of perjury that the foregoing is true and correct.

_____
JOHN CRUMP

Dated: December 20, 2006

NOTICE OF ESSEX COUNTY'S PROPOSED SETTLEMENT OF LAWSUIT
SEEKING EXEMPTION (BAILOUT) FROM SPECIAL PROVISIONS OF THE
VOTING RIGHTS ACT

Pursuant to 42 U.S.C. §1973b, Essex County gives NOTICE that it has commenced an action in the United States District Court for the District of Columbia seeking an exemption, known as bailout, under the Voting Rights Act of 1965, as amended. The bailout lawsuit was filed on September 21, 2006, and is pending before the Court.

NOTICE is also given that Essex County has reached a settlement of that lawsuit with the United States Department of Justice and that it has filed the proposed settlement with the Court. The Voting Rights Act requires that the County publicize any proposed settlement of that lawsuit and this NOTICE is intended to fulfill that requirement. A copy of the proposed settlement is available for any member of the general public at the Office of the General Registrar of Voters, located at the County Office Bldg, 109 N. Cross St. Tappahannock, VA 22560. Copies of this Notice and the Proposed Settlement are also being posted at the following locations: at all eight post offices in the County; at the court house in Tappahannock; and at the County library.

A copy of the proposed settlement may also be downloaded from the County's legal counsel's website: www.voterlaw.com

Any person desiring information on the bailout or the proposed settlement may also contact the Essex County General Registrar of Voters (Larnie Hughes) at (804) 443-4611.

EXHIBIT A