AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Essex County, Virginia

        Plaintiff(s)     )
                            )  **APPEARANCE**
                            )
                            )
        vs.           )  CASE NUMBER   C.A. No. 1:06-cv-1631
Alberto R. Gonzales, et. al   )
                            )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Christy A. McCormick  as counsel in this
                                  (Attorney's Name)

case for:  Alberto R. Gonzales (United States)
               (Name of party or parties)

January 29, 2007
Date

*(signature)*
Signature

Christy A. McCormick
Print Name

1800 G Street NW
Address

Washington  DC  20530
City     State    Zip Code

(202) 305-0609
Phone Number

Virginia 44328
BAR IDENTIFICATION