IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESSEX COUNTY, VIRGINIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERTO R. GONZALES, | ) | |
| Attorney General for the | ) | C.A. No. 1:06-cv-1631 |
| United States of America, *et al.* | ) | |
| | ) | three-judge court |
| | ) | (MBG, RBW, RMU) |
| Defendants. | ) | |
| _____ | ) | |

PLAINTIFF'S SECOND REPORT TO THE COURT

By Order dated December 15, 2006, this three-judge Court directed that plaintiff

Essex County take such steps as are necessary to fulfill the requirement that the proposed

settlement of this action receive adequate public notice as required by

42 U.S.C. §1973b(a)(4), and further that the plaintiff County advise this Court by

Thursday, February 1, 2007 at 5:00 p.m. of the steps taken to meet that requirement. This

Second Report to the Court is respectfully submitted pursuant to that Order.

Subsequent to the December 15, 2006, Order, Essex County took steps to

advertise the proposed settlement of this bailout lawsuit. As detailed in the sworn

Declaration of John Crump, Essex County Electoral Board Secretary, filed with this

Court on January 29, 2007, the County published a notice of proposed settlement and the

proposed settlement itself in the local paper of general circulation for three successive

weeks. The Declaration also stated that the County also posted the Notice and the

proposed settlement document at all of the Essex County post offices and at various

County offices.[1]

Plaintiff Essex County and the defendants have now stipulated that the County

has "publicized the proposed <u>settlement</u> of this bailout action in the media serving Essex

County and in the appropriate United States post offices as set forth in 42 U.S.C.

§1973b(a)." Stipulation No. 2, filed January 29, 2007 (emphasis in original).

The parties previously moved this three-judge Court to enter a Consent Judgment

and Decree granting Essex County the requested bailout.  The Court withheld a ruling on

that joint motion pending the County's required publication of the proposed settlement of

this action.  The notice of settlement of this action has now been publicized as required

by law, and the County respectfully urges the Court to approve the submitted Consent

Judgment and Decree.

Respectfully submitted,

**For Plaintiff ESSEX COUNTY:**

<u>/s/ J. Gerald Hebert</u>
J. GERALD HEBERT
Attorney at Law
5019 Waple Lane
Alexandria, Va. 22304
(703) 628-4673 (Office)
DC Bar No. 447676
Email: jghebert@comcast.net

---

[1] Not a single person in the County contacted the Essex County Registrar of Voters or any member of the Electoral Board in response to these notices.

CERTIFICATE OF SERVICE

       I hereby certify that on this 29th day of January 2007, I served a copy of the foregoing Plaintiff Essex county's Second Report to the Court on the following counsel by filing this Submission in the Court's electronic case filing system and by mailing a copy, first-class mail, postage prepaid to:

JOHN TANNER
CHRISTY McCORMICK
SONYA L. SACKS
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530

/s/ J. Gerald Hebert
J. GERALD HEBERT